UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LINDA LAMB, | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | NO. 216CV00503 |
| | § | |
| MET LIFE AUTO & HOME | § | |
| INSURANCE AGENCY, INC. | § | |

### JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action, Plaintiff, Linda Lamb, and Defendant, Metropolitan Lloyds Insurance Company of Texas (incorrectly named as Met Life Auto & Home Insurance Agency, Inc.), hereby notify the Court that they have settled this case and stipulate to its dismissal, with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

*/s/ Rebecca Kieschnick*
Rebecca R. Kieschnick
Federal I.D. No. 0352
State Bar No. 21566900
E-Mail: rkieschnick@dakpc.com
Kristina Fernandez
Federal I.D. No. 23651
State Bar No. 24010021
E-Mail:  kfernandez@dakpc.com

ATTORNEY-IN-CHARGE FOR
DEFENDANT,  METROPOLITAN
LLOYDS OF TEXAS

OF COUNSEL:

DONNELL, ABERNETHY & KIESCHNICK, P.C.
555 North Carancahua, Suite 1770 (78401)
Post Office Box 2624
Corpus Christi, Texas  78403-2624
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

AND

                                              */s/ Gregory Gowan*
                                              Gregory Gowan
                                              Federal I.D. No. 19991
                                              State Bar No. 00795384
                                              Gowan Elizondo, LLP
                                              555 N. Carancahua, Suite 1400
                                              Corpus Christi, Texas  78401
                                              E-Mail: ggowan@gelawfirm.com
                                              Telephone No.:  (361) 651-1000
                                              Telecopier No.:  (361) 651-1001

                                              ATTORNEY-IN-CHARGE FOR
                                              PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that pursuant to the Court's Electronic Filing Procedures, a true and correct copy of the foregoing instrument has been sent via Notice of Electronic Filing generated by the court's electronic filing system on this the 8th  day of  August, 2017.

     Gregory Gowan
     Gowan Elizondo, LLP
     555 N. Carancahua, Suite 1400
     Corpus Christi, Texas  78401
     E-Mail: ggowan@gelawfirm.com


                                              */s/ Rebecca Kieschnick*
                                              Rebecca Kieschnick
                                              Kristina Fernandez